JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-03268 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JUVENTINO AGUILAR, ET AL.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Juventino Aguilar and Guveatino S. Aguilar, individually and doing business as El Antojito a/k/a Jugos El Antojito a/k/a Tacos Antojitos, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Juventino Aguilar and Guveatino S. Aguilar, individually and doing business as El Antojito a/k/a Jugos El Antojito a/k/a Tacos Antojitos, shall pay the plaintiff, J & J Sports Productions, Inc., $14,700.00 in total damages.

///

///

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: January 19, 2016

_____
William Keller
United States District Judge